**Le Roy WATKINS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27561.**

Court of Criminal Appeals of Texas.

April 20, 1955.

No attorney on appeal for appellant.

Henry Wade, District Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is procuring; the punishment, 30 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.